**FILED**

**NOV 2 0 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRYAN WILSON,                      )
                                   )
          Plaintiff,               )
                                   )      Case: 1:14-cv-01964
     v.                            )      Assigned To : Unassigned
                                   )      Assign. Date : 11/20/2014
THOMAS D. ENGLE, *et al.*,         )      Description: Pro Se Gen. Civil
                                   )
          Defendants.              )
                                   )

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED,

and it is

FURTHER ORDERED that the Complaint and this civil action are DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

DATE: 11/18/2014