**FILED**

DEC 18 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | | |
|---|---|---|
| BRYAN WILSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case: 1:14-cv-01964 |
| | | Assigned To: Unassigned |
| THOMAS D. ENGLE, et al., | * | Assign. Date: 11/20 |
| | * | |
| Defendants. | * | |

### NOTICE OF INTENT TO APPEAL

Comes now, Bryan Wilson, plaintiff in the above captioned case, and appearing pro se, and respectfully notifies this Honorable Court of his intention to appeal this Court's order filed Nov. 20, 2014, which granted plaintiff's application to proceed in forma pauperis, but dissmissing the complaint in this civil action.

Respectfully submitted,

Bryan Wilson
Bryan Wilson 39629-007
USP Hazelton
P.O. BOX 2000
Brucetonmills, WV. 26525

RECEIVED
Mail Room

DEC 18 2014

Angela D. Caesar, Clerk of Court
U S District Court, District of Columbia

## **DECLARATION**

I, BryanWilson, declare under the penalties of perjury that the foregoing was served on the clerk of the court for the United States District Court For The District Of Columbia via First Class Mail utilizing the legal mail procedures of USP Hazelton on Dec. 8, 2014. Postage was prepaid.

*Bryan Wilson*
Bryan Wilson